IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JAMES BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:06-CV-99 (WLS) |
| | ) | |
| JAMES A. HOTZ, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT JAMES A. HOTZ'S
## MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Defendant James A. Hotz ("Defendant") and pursuant to Federal Rule of Civil Procedure 56, files this motion for summary judgment in favor of Defendant on all counts of Plaintiff James Bowman's Complaint. There is no dispute of material fact, and Defendant is entitled to judgment as a matter of law on Plaintiff's two counts. .

In support of this motion, Defendant is filing concurrently herewith (1) Defendant James A. Hotz's Brief in Support of Motion for Summary Judgment; (2) Defendant James A. Hotz's Statement of Material Fact as to Which There is No Genuine Issue to Be Tried; (3) Certificates of Need to File Original Discovery; and (4) Request to Plaintiff to File Original Discovery.

WHEREFORE, Defendant respectfully requests that this Court enter summary judgment in his favor on all counts of Plaintiff's Complaint.

Respectfully submitted this 16th day of May, 2007.

                                              */s/ L. Lin Wood*
                                              L. Lin Wood
                                              Georgia Bar No.: 774588
                                              Nicole Jennings Wade
                                              Georgia Bar No.: 390922

                                          Margaret M. Kane
                                          Georgia Bar No.:  330531

**POWELL GOLDSTEIN LLP**
One Atlantic Center
Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:     (404) 572-6600
Facsimile:      (404) 572-6999

                                        Attorneys for Defendant
                                        James A. Hotz

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES BOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| | ) 1:06-CV-99 |
| | ) |
| JAMES A. HOTZ, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2007, the foregoing pleading was filed electronically using the CM/ECF system automatically serving the following attorneys of record via email:

| Bobby Lee Cook, Esq.<br>Cook & Connelly<br>P. O. Box 370<br>Summerville, Georgia  30747 | J. Converse Bright<br>P. O. Box 5889<br>Valdosta, Georgia  31603-5889 |
|---|---|

This 16th day of May, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Margaret M. Kane*
　　　　　　　　　　　　　　　　　　　　　　　　　　Margaret M. Kane
　　　　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No.:  330531

**POWELL GOLDSTEIN LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:     (404) 572-6600
Facsimile:      (404) 572-6999

　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　James A. Hotz

::ODMA\PCDOCS\ATL\1163302\1