**THIS DOCUMENT IS AVAILABLE**

**ONLY IN PAPER FORMAT**

**ON FILE WITH THE CLERK'S OFFICE**