FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA
2008 DEC 8 PM 4 31
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES BOWMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO.: 1:06-CV-99 (WLS) |
| | ) |
| JAMES A. HOTZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the joint stipulation and consent of all parties, it is hereby ORDERED that this action is DISMISSED, with prejudice. Plaintiff and Defendant shall each bear their own attorney's fees and costs, and this case is hereby closed.

SO ORDERED, this ___ day of December, 2008.

W. Louis Sands
Judge, U.S. District Court