March 12, 2009

**BY ELECTRONIC FILING**

Ms. Brenda Littleton, Clerk of Court
United States District Court
Middle District of Georgia - Albany Division
201 West Broad Street
Albany, GA 31701

    Re:    *James Bowman v. James A. Hotz*
             United States District Court for the Middle District of Georgia, Albany Division
             Civil Action File No.: 1:06-CV-99-WLS

Dear Ms. Littleton:

On March 4, 2009, counsel for Plaintiff, James Bowman, received a court notice that due to case closure, deposition transcripts filed in paper form in the case would be destroyed unless proper arrangements were made with the Clerk's Office on or before Monday, March 16, 2009. To that end, please allow this letter to serve as authority to release the following original deposition transcripts filed in the above case to counsel for the Defendant, James A. Hotz.

Depositions Filed:

Kelly R. Burke, January 8, 2007;
James A. Hotz, December 11, 2006;
Patricia Pittman Hotz, December 11, 2006;
C. Richard Langley, January 31, 2007;
Jeffrey Lasseter, January 8, 2007; and
James Patrick Paulk, January 9, 2007.

Thank you for your attention to and handling of this matter.

Sincerely,

*J. Converse Bright*

J. Converse Bright

*With Express Permission
By Katherine Ventulett Hernacki*

JCB/b
cc:    L. Lin Wood, Esq.
        Katherine Ventulett Hernacki, Esq.

5401771